**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| MICHAEL HOLLEY (PRO SE), | : | No. 11 EM 2018 |
| | : | |
| Petitioner | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| COURT OF COMMON PLEAS OF | : | |
| PHILADELPHIA, | : | |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

　　**AND NOW**, this 26th day of March, 2018, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Mandamus is DENIED.